# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO: CR403-229 |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTO VIDAL GARCIA-LEMUS | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia dismisses, without prejudice, the above-styled Indictment as to **JUSTO VIDAL GARCIA-LEMUS.**

Respectfully submitted,
EDWARD J. TARVER
UNITED STATES ATTORNEY

_____
Brian T. Rafferty
Criminal Division Chief

_____
Frederick W. Kramer
Assistant United States Attorney

SO ORDERED this 29 day of May, 2014.

_____
HONORABLE B. AVANT EDENFIELD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA